

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

```
AB:WK:smm                               271 Cadman Plaza East
F. #2009R00195                          Brooklyn, New York  11201
Discovery 3
                                        May 9, 2011
```

**BY ECF**

TO: ALL COUNSEL

       Re:   United States v. Vincent Dragonetti, et al.
              Criminal Docket No. 11 CR 3 (DLI)

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

       The items described below are located at First Choice Copy. You may obtain these items by contacting Joe Meisner at (718) 381-1480 x.212, or jmeisner@nyc.rr.com. Please reference print order number **26328**.

**SURVEILLANCE**

       Discovery Exhibit 45 consists of CDs containing surveillance photographs and/or videos of one of more of the defendants. These CDs, marked with the Bates Numbers noted herein, were previously provided in <u>United States v. Bombino, et al.</u>, Criminal Docket No. 10-147 (SLT) (E.D.N.Y. 2010).

| Description | Defendant(s) | Bates Range |
|---|---|---|
| CD containing surveillance photographs dated 4/26,27/05; 9/12/06; 10/15/06; 3/16,20,26,27,28/07; 4/11,19/07; 5/29/07; 6/4,27/07; 7/5,16/07; 9/12,14/07; 10/11/07; and 11/7/07 | A. O'Donnell - 3/16/07, 3/26/07, 3/28/07, 4/11/07, 6/4/07, 6/27/07, 7/5/07, 7/16/07, 9/12/07, 9/14/07  T. Frangiapane - 3/16/07 | 28873 |

| Description | Defendant(s) | Bates Range |
|---|---|---|
| CD containing surveillance photographs dated 1/9/06 | None | 28874 |
| CD containing surveillance photographs dated 7/27/06 | None | 28875 |
| CD containing surveillance photographs dated 7/31/06 | None | 28876 |
| CD containing surveillance photographs dated 8/28/06 | V. Dragonetti T. Frangiapane | 28877 |
| CD containing surveillance photographs dated 8/28/06 | A. O'Donnell V. Dragonetti T. Frangiapane | 28878 |
| CD containing surveillance photographs dated 9/12/06 | None | 28879 |
| CD containing surveillance photographs dated 9/21/06; 10/4/07; 11/5/07; 12/6/07; 12/11/07; and 12/17/07 | None | 28880 |
| CD containing surveillance photographs dated 10/19/06 | None | 28881 |
| CD containing surveillance photographs dated 10/25/06 | None | 28882 |
| CD containing surveillance photographs dated 11/14/06 | None | 28883 |
| CD containing surveillance photographs dated 11/17/06 | A. O'Donnell T. Frangiapane V. Dragonetti | 28884 |
| CD containing surveillance photographs dated 12/15/06 | A. O'Donnell | 28885 |
| CD containing surveillance photographs dated 1/2/07 | A. O'Donnell | 28886 |
| CD containing surveillance photographs dated 1/5/07 | A. O'Donnell T. Frangiapane | 28887 |
| DVD containing video surveillance dated 5/27/07 | None | 28888 |

| Description | Defendant(s) | Bates Range |
| --- | --- | --- |
| DVD containing video surveillance dated 6/21/07 | None | 28889 |
| CD containing surveillance photographs dated 8/9/07 | None | 28890 |
| DVD containing video surveillance dated 1/24/08 | None | 28891 |
| DVD containing video surveillance dated 1/28/08 | None | 28892 |
| CD containing surveillance photographs dated 2/5/08 and 3/10/08 | A. O'Donnell - 2/5/08 | 28893 |
| CD containing surveillance photographs dated 2/6/08 | A. O'Donnell | 28894 |
| CD containing surveillance photographs dated 2/8/08 | None | 28895 |
| CD containing surveillance photographs dated 2/13/08 | A. O'Donnell | 28896 |
| CD containing surveillance photographs dated 2/19/08 | None | 28897 |
| CD containing surveillance photographs dated 2/20/08 | A. O'Donnell | 28898 |
| CD containing surveillance photographs dated 2/21/08 | None | 28899 |
| CD containing surveillance photographs dated 2/21,26/08 (1 of 2) | A. O'Donnell - 2/21/08 | 28900 |
| CD containing surveillance photographs dated 2/26/08 (2 of 2) | A. O'Donnell | 28901 |
| CD containing surveillance photographs dated 2/26/08 | None | 28902 |
| CD containing surveillance photographs dated 2/28/08 | None | 28903 |
| CD containing surveillance photographs dated 2/28,29/08 | A. O'Donnell | 28904 |

| Description | Defendant(s) | Bates Range |
|---|---|---|
| CD containing surveillance photographs dated 2/29/08 | A. O'Donnell | 28905 |
| CD containing surveillance photographs dated 3/3/08 | None | 28906 |
| CD containing surveillance photographs dated 3/3/08 | None | 28907 |
| CD containing surveillance photographs dated 3/10/08 | None | 28908 |
| CD containing surveillance photographs dated 3/10,12/08 | A. O'Donnell - 3/12/08 | 28909 |
| CD containing surveillance photographs dated 3/12/08 | A. O'Donnell | 28910 |
| CD containing surveillance photographs dated 3/14/08 | A. O'Donnell | 28911 |
| CD containing surveillance photographs dated 3/14/08 | None | 28912 |
| CD containing surveillance photographs dated 3/21/08 | A. O'Donnell | 28913 |
| CD containing surveillance photographs dated 3/21,24/08 | A. O'Donnell - 3/21/08, 3/24/08 | 28914 |
| CD containing surveillance photographs dated 3/24/08 | A. O'Donnell | 28915 |
| CD containing surveillance photographs dated 3/25/08 | None | 28916 |
| CD containing surveillance photographs dated 3/25,27/08 | A. O'Donnell - 3/27/08 | 28917 |
| CD containing surveillance photographs dated 3/28/08 | None | 28918 |
| CD containing surveillance photographs dated 3/31/08 and 4/1,2,4/08 | A. O'Donnell | 28919 |
| CD containing surveillance photographs dated 4/1/08 | None | 28920 |

| Description | Defendant(s) | Bates Range |
|---|---|---|
| CD containing surveillance photographs dated 4/2/08 | A. O'Donnell | 28921 |
| CD containing surveillance photographs dated 4/3,4/08 | A. O'Donnell - 4/3/08, 4/4/08 | 28922 |
| CD containing surveillance photographs dated 4/7/08 | None | 28923 |
| CD containing surveillance photographs dated 4/7/08 | None | 28924 |
| CD containing surveillance photographs dated 4/8/08 | A. O'Donnell | 28925 |
| CD containing surveillance photographs dated 4/8,9/08 | A. O'Donnell - 4/8/08 | 28926 |
| CD containing surveillance photographs dated 4/11/08 | A. O'Donnell | 28927 |
| CD containing surveillance photographs dated 4/14/08 | None | 28928 |
| CD containing surveillance photographs dated 4/14/08 | A. O'Donnell | 28929 |
| CD containing surveillance photographs dated 4/16/08 | None | 28930 |
| CD containing surveillance photographs dated 4/17/08 | A. O'Donnell | 28931 |
| CD containing surveillance photographs dated 4/17/08 | A. O'Donnell | 28932 |
| CD containing surveillance photographs dated 4/21/08 | A. O'Donnell | 28933 |
| CD containing surveillance photographs dated 4/21/08 | A. O'Donnell | 28934 |
| CD containing surveillance photographs dated 4/22/08 | A. O'Donnell | 28935 |
| CD containing surveillance photographs dated 4/23/08 | A. O'Donnell | 28936 |
| CD containing surveillance photographs dated 4/23/08 | A. O'Donnell | 28937 |

| Description | Defendant(s) | Bates Range |
| --- | --- | --- |
| CD containing surveillance photographs dated 4/24, 25, 28, 29/08 | A. O'Donnell - 4/25/08 | 28938 |
| CD containing surveillance photographs dated 4/25/08 | A. O'Donnell | 28939 |
| CD containing surveillance photographs dated 4/28/08 | None | 28940 |
| CD containing surveillance photographs dated 4/29/08 | None | 28941 |
| CD containing surveillance photographs dated 5/1/08 | None | 28942 |
| CD containing surveillance photographs dated 5/1/08 | None | 28943 |
| CD containing surveillance photographs dated 5/5/08 | None | 28944 |
| CD containing surveillance photographs dated 5/6/08 | None | 28945 |
| CD containing surveillance photographs dated 5/6/08 | A. O'Donnell | 28946 |
| CD containing surveillance photographs dated 5/7/08 | A. O'Donnell | 28947 |
| CD containing surveillance photographs dated 5/9/08 | A. O'Donnell | 28948 |
| CD containing surveillance photographs dated 5/12/08 | A. O'Donnell | 28949 |
| CD containing surveillance photographs dated 5/15/08 | A. O'Donnell | 28950 |
| CD containing surveillance photographs dated 5/15/08 | A. O'Donnell | 28951 |
| CD containing surveillance photographs dated 5/28/08 | A. O'Donnell | 28952 |
| CD containing surveillance photographs dated 5/28/08 | None | 28953 |

| Description | Defendant(s) | Bates Range |
| --- | --- | --- |
| CD containing surveillance photographs dated 5/29/08 | None | 28954 |
| CD containing surveillance photographs dated 6/5/08 | None | 28955 |
| CD containing surveillance photographs dated 6/6/08 | None | 28956 |
| CD containing surveillance photographs dated 6/10/08 | None | 28957 |
| CD containing surveillance photographs dated 6/11/08 | None | 28958 |
| CD containing surveillance photographs dated 6/17/08 | None | 28959 |
| CD containing surveillance photographs dated 6/18/08 | None | 28960 |
| CD containing surveillance photographs dated 6/20/08 | A. O'Donnell | 28961 |
| CD containing surveillance photographs dated 6/23/08 | None | 28962 |
| CD containing surveillance photographs dated 6/25/08 | None | 28963 |
| CD containing surveillance photographs dated 6/25/08 | None | 28964 |
| CD containing surveillance photographs dated 7/8/08 | None | 28965 |
| CD containing surveillance photographs dated 7/8/08 | None | 28966 |
| CD containing surveillance photographs dated 7/9/08 | None | 28967 |
| CD containing surveillance photographs dated 7/10/08 | None | 28968 |
| CD containing surveillance photographs dated 7/10/08 | A. O'Donnell | 28969 |
| CD containing surveillance photographs dated 7/14/08 | A. O'Donnell | 28970 |

| **Description** | **Defendant(s)** | **Bates Range** |
| --- | --- | --- |
| CD containing surveillance photographs dated 7/16/08 | None | 28971 |
| CD containing surveillance photographs dated 7/17,22/08 | A. O'Donnell - 7/17/08, 7/22/08 | 28972 |
| CD containing surveillance photographs dated 7/21/08 | None | 28973 |
| CD containing surveillance photographs dated 7/21/08 | None | 28974 |
| CD containing surveillance photographs dated 7/23/08 | None | 28975 |
| CD containing surveillance photographs dated 7/23,28/08 and 8/29/08 | None | 28976 |
| CD containing surveillance photographs dated 7/24/08 | None | 28977 |
| CD containing surveillance photographs dated 7/24/08 | None | 28978 |
| CD containing surveillance photographs dated 8/5/08 | None | 28979 |
| CD containing surveillance photographs dated 8/6/08 | None | 28980 |
| CD containing surveillance photographs dated 8/8/08 | None | 28981 |
| CD containing surveillance photographs dated 8/11/08 | None | 28982 |
| CD containing surveillance photographs dated 8/12/08 | None | 28983 |
| CD containing surveillance photographs dated 8/14/08 | None | 28984 |
| CD containing surveillance photographs dated 8/14/08 | None | 28985 |
| CD containing surveillance photographs dated 8/19,21/08 | None | 28986 |

| **Description** | **Defendant(s)** | **Bates Range** |
| --- | --- | --- |
| CD containing surveillance photographs dated 8/20/08 | None | 28987 |
| CD containing surveillance photographs dated 8/22,25/08 | A. O'Donnell - 8/22/08 | 28988 |
| CD containing surveillance photographs dated 8/29/08 | None | 28989 |
| CD containing surveillance photographs dated 8/29/08 | None | 28990 |
| CD containing surveillance photographs dated 8/29/08 | None | 28991 |
| CD containing surveillance photographs dated 9/2/08 | None | 28992 |
| CD containing surveillance photographs dated 9/3/08 | None | 28993 |
| CD containing surveillance photographs dated 9/4/08 | None | 28994 |
| CD containing surveillance photographs dated 9/5/08 | A. O'Donnell | 28995 |
| CD containing surveillance photographs dated 9/9,10/08 | A. O'Donnell - 9/9/08, 9/10/08 | 28996 |
| CD containing surveillance photographs dated 9/11/08 | None | 28997 |
| CD containing surveillance photographs dated 9/11,15/08 | A. O'Donnell - 9/15/08 | 28998 |
| CD containing surveillance photographs dated 9/19,22,23/08 | None | 28999 |
| CD containing surveillance photographs dated 9/24/08 | A. O'Donnell | 29000 |
| CD containing surveillance photographs dated 9/25/08 | A. O'Donnell | 29001 |
| CD containing surveillance photographs dated 9/26/08 | None | 29002 |

9

| Description | Defendant(s) | Bates Range |
| --- | --- | --- |
| CD containing surveillance photographs dated 10/2/08 | None | 29003 |
| CD containing surveillance photographs dated 10/2/08 | None | 29004 |
| CD containing surveillance photographs dated 10/16/08 | None | 29005 |
| CD containing surveillance photographs dated 11/11/08 | None | 29006 |
| CD containing surveillance photographs dated 11/12/08 | None | 29007 |
| CD containing surveillance photographs dated 12/13/08 | None | 29008 |
| CD containing surveillance photographs dated 12/17/08 | None | 29009 |
| CD containing surveillance photographs dated 1/7/09 | None | 29010 |
| CD containing surveillance photographs dated 1/13/09 | None | 29011 |
| CD containing surveillance photographs dated 1/22/09 | None | 29012 |
| CD containing surveillance photographs dated 2/5/09 | None | 29013 |
| CD containing surveillance photographs dated 2/10/09 | None | 29014 |
| CD containing surveillance photographs dated 2/11/09 | None | 29015 |
| CD containing surveillance photographs dated 2/11/09 | None | 29016 |
| CD containing surveillance photographs dated 3/3/09 | None | 29017 |
| CD containing surveillance photographs dated 3/6/09 | None | 29018 |

| Description | Defendant(s) | Bates Range |
|---|---|---|
| CD containing surveillance photographs dated 3/19/09 | None | 29019 |
| CD containing surveillance photographs dated 3/30/09 | None | 29020 |
| CD containing surveillance photographs dated 4/7/09 | None | 29021 |
| CD containing surveillance photographs dated 4/13/09 | None | 29022 |
| CD containing surveillance photographs dated 4/17/09 | None | 29023 |
| CD containing surveillance photographs dated 4/21/09 | None | 29024 |
| CD containing surveillance photographs dated 4/28/09 | None | 29025 |
| CD containing surveillance photographs dated 5/19/09 | None | 29026 |
| CD containing surveillance photographs dated 5/20/09 | None | 29027 |
| CD containing surveillance photographs dated 5/26/09 | None | 29028 |
| CD containing surveillance photographs dated 6/4/09 | None | 29029 |
| CD containing surveillance photographs dated 6/16/09 | None | 29030 |
| CD containing surveillance photographs dated 8/14/09 | None | 29031 |
| CD containing surveillance photographs dated 8/20/09 | None | 29032 |
| CD containing surveillance photographs dated 9/1/09 | None | 29033 |
| CD containing surveillance photographs dated 9/15/09 | None | 29034 |

| Description | Defendant(s) | Bates Range |
| --- | --- | --- |
| CD containing surveillance photographs dated 9/17/09 | None | 29035 |
| CD containing surveillance photographs dated 10/7/09 | J. Lombardi | 29036 |
| CD containing surveillance photographs dated 10/13/09 | J. Lombardi | 29037 |
| CD containing surveillance photographs dated 10/16/09 | None | 29038 |
| CD containing surveillance photographs dated 10/22/09 | None | 29039 |
| CD containing surveillance photographs dated 10/30/09 | J. Lombardi | 29040 |
| CD containing surveillance photographs dated 11/5/09 | J. Lombardi | 29041 |
| CD containing surveillance photographs dated 11/13/09 | None | 29042 |
| CD containing surveillance photographs dated 11/20/09 | None | 29043 |
| CD containing surveillance photographs dated 12/1/09 | None | 29044 |
| CD containing surveillance photographs dated 12/8/09 | None | 29045 |
| CD containing surveillance photographs dated 12/10/09 | J. Lombardi | 29046 |
| CD containing surveillance photographs dated 12/16/09 | None | 29047 |

       Please contact me if you have any questions or additional requests.

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

                          By:   /s/_____
                               Shernita M. Moore
                               Paralegal Specialist
                               (718) 254-6101

cc:  Clerk of Court (DLI)