# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

RAHIL KAMRAN-RAD

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

June 14, 2011

The Hon. Judge Dora Lizette Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   USA v. Dragonetti et al, 1:11-cr-00003-DLI

Dear Judge Izzary,

On February 2, 2011, Magistrate Judge Lois Bloom entered an order setting conditions of release and bond as to Vincent Dragonetti, in which he was prohibited from associating with and contacting alleged members of organized crime or convicted felons. This group of individuals includes Nicholas Corozzo, Mr. Dragonetti's father-in-law, currently incarcerated at USP Leavenworth.

Presently, while on pretrial release, Mr. Dragonetti is serving a three-year term of supervised release pursuant to his sentence in *U.S. v. Agate*, 08-cr-0076. In *U.S. v. Agate*, the Honorable Judge Weinstein imposed an order prohibiting Mr. Dragonetti from having any "relationships with members of organized crime or criminals *unless they are related by a natural relationship, marriage, or otherwise.*" This condition was imposed by the Court specifically to grant the request that Mr. Dragonetti be permitted contact with his father in-law Nicholas Corozzo. His Probation Officer Dennis Stickley has permitted telephone contact with Nicholas Corozzo for up to two phone calls per week.

As Nicholas Corozzo often places phone calls to Mr. Dragonetti's home in order to speak with his daughter (Mr. Dragonetti's wife) as well as his grandchildren, Mr. Dragonetti respectfully requests that the conditions of his release be modified to allow him to speak with his father-in-law when these phone calls occur.

Assistant United States Attorney Whitman Knapp as well as Pretrial Officer Robert Steele have no objections to this request.

Very truly yours,

Joseph Corozzo

cc:  All counsel via ECF;
     Mr. Robert Steel via facsimile (631)-712-6415