# Vincent J. Licata

COUNSELOR AT LAW

225 BROADWAY, SUITE 3707
NEW YORK, NEW YORK 10007
TEL: (212) 349-6565
FAX: (212) 349-5781

June 22, 2011

Honorable Judge Dora Lizette Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: USA v. Thomas Frangipane
Docket No.: 11-cr-00003-DLI

Dear Judge Irizarry,

In response to the Government's correspondence dated June 17, 2011 citing potential conflicts of interests involving my representation of Thomas Frangipane and a request for a "Curcio" waiver please be advised that Mr. Frangipane has been advised and is fully aware of any and all potential conflicts of interest and agrees with the Government's position that said conflicts are waivable . As such, Mr. Frangipane is ready to resolve this issue and place his waiver of conflicts on the record at the status conference scheduled for June 24, 2011.

Respectfully Yours,

/s_____
Vincent J. Licata

cc: all counsel (ECF)