# Vincent J. Licata

COUNSELOR AT LAW

225 BROADWAY, SUITE 3707
NEW YORK, NEW YORK 10007
TEL: (212) 349-6565
FAX: (212) 349-5781

September 22, 2011

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Thomas Frangipane
Docket No.: 11-0003 (DLI)

Dear Judge Irizarry,

    My office represents the defendant, Thomas Frangipane. On September 19, 2011 we appeared before the Honorable Lois Bloom for the purposes of amending Mr. Frangipane's bond. At that time additional suretors and properties were added. The approximate value of the bond at that time was $450,000.00.

    Pursuant to Judge Bloom's order the defendant was directed, on or before September 26, 2011, to provide an additional property with equity sufficient to secure the full $500,000.00 bond amount. The defendant was also directed to file confessions of judgment on or before September 29, 2011.

    At this time, it is respectfully requested that the defendant be granted an extension of time within which to provide an additional property and to file confessions of judgment. The defendant respectfully requests that the time to provide the additional property be extended to October 3, 2011 and the time to file confessions of judgment be extended to October 6, 2011.

    I have conferred with Assistant United States Attorney Whitman Knapp, and on behalf of the government he has no objection to this request.

Respectfully Yours,

Vincent J. Licata

cc: Assistant United States Attorney Whitman Knapp
    All Defense Counsel (via ECF)

# Vincent J. Licata

COUNSELOR AT LAW

225 BROADWAY, SUITE 3707
NEW YORK, NEW YORK 10007
TEL: (212) 349-6565
FAX: (212) 349-5781

September 22, 2011

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Thomas Frangipane
Docket No.: 11-0003 (DLI)

Dear Judge Irizarry,

    My office represents the defendant, Thomas Frangipane. On September 19, 2011 we appeared before the Honorable Lois Bloom for the purposes of amending Mr. Frangipane's bond. At that time additional suretors and properties were added. The approximate value of the bond at that time was $450,000.00.

    Pursuant to Judge Bloom's order the defendant was directed, on or before September 26, 2011, to provide an additional property with equity sufficient to secure the full $500,000.00 bond amount. The defendant was also directed to file confessions of judgment on or before September 29, 2011.

    At this time, it is respectfully requested that the defendant be granted an extension of time within which to provide an additional property and to file confessions of judgment. The defendant respectfully requests that the time to provide the additional property be extended to October 3, 2011 and the time to file confessions of judgment be extended to October 6, 2011.

    I have conferred with Assistant United States Attorney Whitman Knapp, and on behalf of the government he has no objection to this request.

Respectfully Yours,

Vincent J. Licata

cc: Assistant United States Attorney Whitman Knapp
    All Defense Counsel (via ECF)

# Vincent J. Licata

COUNSELOR AT LAW

225 BROADWAY, SUITE 3707
NEW YORK, NEW YORK 10007
TEL: (212) 349-6565
FAX: (212) 349-5781

September 22, 2011

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Thomas Frangipane
Docket No.: 11-0003 (DLI)

Dear Judge Irizarry,

    My office represents the defendant, Thomas Frangipane. On September 19, 2011 we appeared before the Honorable Lois Bloom for the purposes of amending Mr. Frangipane's bond. At that time additional suretors and properties were added. The approximate value of the bond at that time was $450,000.00.

    Pursuant to Judge Bloom's order the defendant was directed, on or before September 26, 2011, to provide an additional property with equity sufficient to secure the full $500,000.00 bond amount. The defendant was also directed to file confessions of judgment on or before September 29, 2011.

    At this time, it is respectfully requested that the defendant be granted an extension of time within which to provide an additional property and to file confessions of judgment. The defendant respectfully requests that the time to provide the additional property be extended to October 3, 2011 and the time to file confessions of judgment be extended to October 6, 2011.

    I have conferred with Assistant United States Attorney Whitman Knapp, and on behalf of the government he has no objection to this request.

Respectfully Yours,

Vincent J. Licata

cc: Assistant United States Attorney Whitman Knapp
    All Defense Counsel (via ECF)