# CRIMINAL CAUSE FOR STATUS CONFERENCE

**Before:  Dora L. Irizarry, U.S.D.J.**     Date:  **Oct. 11, 2011**     Time in Court:  **0:25**

**Docket Number:  11-CR-3**

| | |
|---|---|
| Deft  VINCENT DRAGONETTI,  #1 (on bond) | Attorney:  JOSEPH R. COROZZO, JR. (RET.) |
| Deft:  THOMAS FRANGIAPANE,  #2 (on bond) | Attorney:  VINCENT J. LICATA (RET.) |
| Deft:  EMMANUEL GARAFOLO, #3 (on bond) | Attorney:  MICHAEL L. MACKLOWITZ (RET.) |
| Deft:  ANTHONY LICATA, #4 (on bond) | Attorney:  ALLEN FRANKEL (RET.) |
| Deft:  JOSEPH LOMBARDI, #5 (on bond) | Attorney:  FELIX T. GILROY (RET.) |
| Deft:  ANTHONY O'DONNELL, #6 (on bond) | Attorney:  VINCENT J. MARTINELLI (RET.) |
| Deft:  ANTHONY SCIBELLI, #7 (on bond) | Attorney:  GERALD SHARGEL (RET.) |
| Deft:  WILLIAM SCOTTO, #8 (on bond) | Attorney:  SETH GINSBERG (RET.) |
| A.U.S.A:  WHITMAN KNAPP | Court Reporter:  CHARLEANE HEADING |

Deputy Clerk: CHRISTY CAROSELLA

- Discovery is substantially complete with respect to current charges; government notes possibility of superseding indictment in next couple of months.  Court encourages government to pursue this expeditiously.
- Global plea unlikely at this time per government, though most defendants did engage in negotiations.
- Parties discuss possible 6-7 weeks for trial (in total); motions in early 2012 and trial in summer of 2012.
- Jury selection and trial set for June 18, 2012 at 9:30 AM, depending on whether government intends to move for anon. and/or semi-sequestered jury (if so, and if granted, possibly June 11, 2012 for distribution of questionnaires).  Parties advised to keep some flexibility in their schedules for jury selection, if necessary.
- Defense motions due Jan. 27, 2012; government opposition due Feb. 17, 2012; replies due March 2, 2012.
- If government intends to move for anon. and/or semi-sequestered jury, schedule set:  Motion by Jan. 27, 2012; opposition by defendants due Feb. 17, 2012; reply due March 2, 2012.
- Oral argument and/or hearing on motions AS TO ALL DEFENDANTS:  **APRIL 11, 2012 AT 10:00 AM**.
- Courtroom deputy must be notified if any defendant intends to plead guilty; pleas may be referred to magistrate judge upon consent of defendant(s).
- Time excluded due to case complexity (between Oct. 11, 2011 and April 11, 2012).