*U.S. Department of Justice*



*United States Attorney
Eastern District of New York*

TM:WK/sm
F.#2010R00195
Disc. 6

*271 Cadman Plaza East
Brooklyn, New York  11201*

February 13, 2012

**BY ECF**

TO: ALL COUNSEL

        Re:   United States v. Vincent Dragonetti, et al.
                Criminal Docket No. 11 CR 3 (DLI)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-captioned case.

      The following exhibits are available at First Choice Copy.  You may obtain a copy of these documents by contacting Joe Meisner at (718) 381-1480, ext. 212, or jmeisner@nyc.rr.com.  Please reference print order number **60116.**

**STATEMENTS OF A DEFENDANT**

      Discovery Exhibits 11 through 20 consist of consensually recorded telephone conversations made by a cooperating witness.  The recordings contain statements made by defendant Anthony O'Donnell.  The government produces these materials on the understanding that defense counsel will deem them subject to the terms of the protective order issued by the Court on February 9, 2011.

| DESCRIPTION | Exhibit |
|---|---|
| CD containing consensually recorded telephone calls from (732) 740-6907, dated 6/27/06 - 8/23/06 | 11 |
| CD containing consensually recorded telephone calls from (732) 740-6907, dated 8/22/06 - 9/8/06 | 12 |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 6/20/06 - 7/12/06 | 13 |

| DESCRIPTION | Exhibit |
|---|---|
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 7/10/06 – 7/28/06 | 14 |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 7/27/06 – 8/17/06 | 15 |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 8/17/06 – 9/1/06 | 16 |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 9/1/06 – 9/8/06 | 17 |

       The investigation of these defendants is ongoing. I will produce any additional discovery required by Rule 16 of the Federal Rules of Criminal Procedure when I become aware of it. The government hereby reiterates its demand for reciprocal discovery.

       Please contact me if you have any questions.

       Very truly yours,

       LORETTA E. LYNCH
       United States Attorney

By:     /s/
       Shernita Moore
       Paralegal Specialist
       (718) 254-6101

cc: Clerk of the Court (DLI) (by ECF)