# CRIMINAL CAUSE FOR PLEADING

Before: **Dora L. Irizarry, U.S.D.J.**     Date: **March 1, 2012**     Time in Court: **0:56**

Docket Number: **11-CR-3**

Defendant's Name: **Vincent Dragonetti**                                                              #1
        **X** Present          __Not Present          __Custody          **X** Bail

Defense Counsel:     **Joseph R. Corozzo, Jr. and Marc A. Fernich**
            __CJA          **X** RET          __F.D.

A.U.S.A.  **Whitman Knapp**

Reporter:  **Allan Sherman**                    Deputy Clerk: **Christy Carosella**

- The Defendant was placed under oath, informed of rights, and waives trial before the district court.
- The Defendant withdraws his previously entered plea of not guilty and enters GUILTY PLEA to count 7 of the indictment.
- The Court finds factual basis for and accepts the Defendant's guilty plea.
- The U.S. Probation Department shall disclose the presentence report (PSR) to the Court and the parties by May 11, 2012.
- Sentencing is set for July 27, 2012 at 10:00 AM.
- The parties are advised of Judge Irizarry's sentencing procedures and *Standard Requirements for Criminal Cases* (available on the court website) with respect to deadlines/requirements for objections to the PSR and sentencing submissions; questions are directed to the courtroom deputy.  If a modification of the sentencing schedule (submissions/sentence date) is needed, counsel may apply to the Court.
- Defense counsel's application to file certain sentencing materials under seal is taken under consideration; counsel shall provide two hard copies of these materials to chambers for the Court's consideration.
- The Defendant is continued on bond.

**Pursuant to Federal Rule 11 of Criminal Procedure, Judge Irizarry did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.  The plea of guilty has been accepted.   The plea agreement was marked as court exhibit #1 and returned to the Assistant U.S. Attorney at the end of this proceeding.**