March 29, 2012

Honorable Dora L. Irizarry
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Joseph Lomardi 11CR.03(DLI)**

Dear Judge Irizarry:

    I represent the above captioned defendant Joseph Lomardi.  He is scheduled to appear for status conference in your part April 11, 2012.  By this letter I am requesting an adjournment of that appearance to April 23, 2012 at 9:30a..m.

    I have spoke with both your deputy court clerk and assistant U.S. attorney representing the government and Mr. Knapp advises that he has no objection to the adjournment and that he is available on April 23, 2012 at 9:30 a.m.

    Thank you for your courtesy.

    Respectfully submitted,

FELIX T. GILROY, ESQ.