LAW OFFICE OF
# MARC FERNICH

MARC FERNICH maf@fernichlaw.com
ALSO ADMITTED IN MASSACHUSETTS

152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019
212-446-2346
FAX: 212-459-2299
www.fernichlaw.com

July 2, 2012

**BY ECF**

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *U.S. v. Dragonetti*, 11 CR 03 (DLI-1) (E.D.N.Y.)

Dear Judge Irizarry:

    We do not object to the release Vincent Dragonetti's plea agreement in this case to Jerry Capeci.

Respectfully,

/s/

Marc Fernich