# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

July 9, 2012

VIA ECF
The Honorable Dora Lizette Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *United States v. Dragonetti*, **11-cr-03**

Dear Judge Irizarry:

I represent Vincent Dragonetti in the above referenced case. I write to request Mr. Dragonetti's sentencing be adjourned to the week of September 10, 2012. We are hopeful that the final codefendant will inform the rest of the defendants within the next 30 to 45 days of whether he is going to trial or taking a plea. In the event that he does take a plea Mr. Dragonetti will be eligible for an additional one-level Guidelines reduction for a global disposition under section 5K2.0 pursuant to his plea agreement. (See Dragonetti plea agreement page 3 footnote 1).

The Government (by AUSA Whitman Knapp) consents to Mr. Dragonetti's request.

Very truly yours,

/s/Joseph Corozzo
Joseph Corozzo

Cc: All United States Attorneys via ECF