

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WK                                          *271 Cadman Plaza East*
F.#2009R00195                               *Brooklyn, New York  11201*


July 9, 2012


**BY ECF & INTEROFFICE MAIL**

The Honorable Dora L. Irizarry
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

             Re:  United States v. Vincent Dragonetti,
                  Criminal Docket No. 11 CR 3 (DLI)

Dear Judge Irizarry:

        The government respectfully writes in response to
defendant Vincent Dragonetti's July 9, 2012 one-page letter
("Def. Let.") requesting an adjournment of his sentencing from
July 27, 2012 to the week of September 10, 2012.

        The Def. Let. is accurate in stating that the
government does not object to the defendant's request for an
adjournment.  The Def. Let. is incorrect, however, in providing
that the entry of a guilty plea from the one defendant who has
not yet pleaded guilty would make defendant Dragonetti "eligible
for an additional one-level Guidelines reduction for a global
disposition . . . <u>pursuant to his plea agreement</u>."[1] (Emphasis
added.)  Defendant Dragonetti's plea agreement, and the other
defendants' plea agreements in this case, do not obligate the
government to move for a one-level global reduction if the one
remaining defendant pleads guilty at this stage.  The applicable
"global plea" cut-off date under the plea agreements, as set
forth in n.1, below, expired some time ago.  The government has
represented to the defendants, however, that it will nonetheless

_____

        [1]     Defendant Joseph Lombardi remains the only defendant in
this case who has not pleaded guilty; n.1 of defendant
Dragonetti's plea agreement provides that "the defendant may be
eligible for a . . . reduction for a global disposition" if all
defendants plead guilty on or before March 30, 2012.

move for such a reduction in the event that the one remaining
defendant pleads guilty before any other defendant in this case
is sentenced.  The government's decision to make such a motion is
based on the circumstances of this case, and does not arise from
the terms of defendant Dragonetti's plea agreement, or that of
any other defendant, in this case.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney


By:      /s/
Whitman G.S. Knapp
Assistant U.S. Attorney
(718) 254-6107


c.c.: Counsel for Defendant Vincent Dragonetti (by ECF)
      Counsel for All Other Defendants (by ECF)
      Clerk of the Court (DLI) (by ECF)
      Senior Probation Officer Cheryl M. Fiorillo
                        (by email)